**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**



| | |
|---|---|
| Justice Smith<br><br>      Plaintiff<br><br>   v.<br><br>Sequoia Benefits and Insurance Services LLC<br><br>Greg Golub<br><br>Spencer Persson<br><br>      Defendant(s) | Case Number: **CV 24-01363**<br><br>Complaint for Trespass Pursuant to:<br>42 USC 1983<br>FCRA; 15 USC 1681 et seq<br>Bill of Rights: Article 4th Amendment<br><br>TRIAL BY JURY DEMANDED |

FILED MAR 06 2024 — CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA

## COMPLAINT

Justice Smith ("Plaintiff") sues Defendant(s) for money damages in the amount of $1,325,000 for trespass by the way of deprivation of rights under color of law, invasion of privacy, and Fair Credit Reporting Act violations with knowledge states:

### JURISDICTION AND VENUE

1. Defendant Greg Golub is an individual who sometimes acts as CEO for Sequoia Benefits and Insurance Services LLC.

2. Defendant Spencer Persson is an individual who sometimes acts as an attorney and certificated agent by the State of California.

3. Defendant Sequoia Benefits and Insurance Services LLC is a corporation who assembles consumer reports for Plaintiff.

4. Defendants exercised power possessed by virtue of state law and are clothed with the authority of state law.

5. This court has personal jurisdiction as all matters complained of occurred herein as follows:

    a. Defendants are Citizens of the United States.

    b. Natural Defendants are sued in their private and professional capacities as the improper acts are not within the scope of the accused's public ministerial capacity.

1

c.  Natural Defendants are sued in their professional capacity to implicate the municipal corporations that train, accredit, certify or otherwise support the custom of the behavior.

d.  The amount in controversy exceeds the minimum amount within the limits of the jurisdiction of the State Court.

## DEMAND FOR JURY TRIAL

6.  Plaintiff hereby demands a trial by jury on any cause of action and claims with respect to which there is a right to jury trial.

## FACTUAL ALLEGATIONS

"The right to be let alone the most comprehensive of rights and the right most valued by civilized men. To protect that right, every unjustifiable intrusion by the government upon the privacy of the individual, whatever the means employed, must be deemed a violation of the Fourth amendment." Olmstead v U.S. 277 U.S. 438, 478 (1928).

7.  At all times relevant Plaintiff is in peaceful and lawful pursuit of happiness.

8.  Plaintiff need privacy to live and pursue said happiness.

9.  Congress designed the Fair Credit Reporting Act "**to prevent** consumers from being unjustly damaged because of inaccurate or arbitrary information" and "**to prevent** an undue invasion of the individual's right to privacy in the collection and dissemination of credit information.

10. The Fair Credit Reporting Act imposes obligations to Sequoia Benefits and Insurance Services LLC as it assumed a vital role collecting and disseminating information about Plaintiff to third parties for insurance purposes.

11. Plaintiff entrusted Defendant(s) Greg Golub and Sequoia Benefits and Insurance Services LLC to protect her privacy, security, and confidentiality.

12.  Defendant(s) Greg Golub and Sequoia Benefits and Insurance Services LLC website states "Sequoia is committed to protecting the privacy and security of data you entrust to us by utilizing secure customer data systems, maintaining continuous system availability, and classifying and maintaining the confidentiality of data."

2

13. Defendant(s) Greg Golub and Sequoia Benefits and Insurance Services LLC is aware of their duty to adopt reasonable procedures with regard to Plaintiff confidentially and proper utilization of personal information belonging to her.

14. Consumer report is defined as a consumer reporting agency's communication of information "bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living…" [cf. 15 U.S.C § 1681a(d)(1)]

15. Plaintiff Consumer report with Sequoia Benefits and Insurance Services LLC are used for specific purposes, such as her eligibility for insurance.

16. In December of 2022 Plaintiff became aware of Defendant Sequoia Benefits and Insurance Services LLC Data Breach through her employer.

17. In January of 2023 Plaintiff received a letter from Sequoia Benefits and Insurance Services LLC.

18. In the letter "Notice of Data Breach" Sequoia Benefits and Insurance Services LLC explains what happened and what information was potentially involved.

19. Defendant Sequoia Benefits and Insurance Services LLC stated it "recently became aware that an unauthorized party may have accessed a cloud system that contained personal information provided in connection with the Company's services to its clients, including your employer."

20. Defendant Sequoia Benefits and Insurance Services LLC further mentions Plaintiff personal characteristics, credit capacity, and mode of living was potentially involved.

21. Defendant Sequoia Benefits and Insurance Services LLC stated "The unauthorized party may have been able to access some of your personal information, including demographic information such as your name, address, date of birth, gender, marital status, and employment status, social security number, work email address, member IDs, wage data for benefits, … and ID cards, and any COVID test results…"

22. Defendant Sequoia Benefits and Insurance Services LLC also offered "three years of identity protection services through Experian to impacted individuals."

23. Plaintiff spent time and money communicating with Defendant(s) Greg Golub and Sequoia Benefits and Insurance Services LLC.

24. On January 18, 2023 Plaintiff sent Defendant(s) Greg Golub and Sequoia Benefits and Insurance Services LLC a letter "Notice of Invasion of Privacy" giving notice that her privacy had been invaded.

25. Plaintiff gave Defendant(s) Greg Golub and Sequoia Benefits and Insurance Services LLC 30 days to respond which they failed to do.

26. On March 22, 2023 Plaintiff sent a letter "Notice of Liability" that included an affidavit of fact and gave Defendant(s) Greg Golub and Sequoia Benefits and Insurance Services LLC another 30 days to respond.

27. Defendant(s) Greg Golub and Sequoia Benefits and Insurance Services LLC failed to respond.

28. In April of 2023 Plaintiff filed a lawsuit at Virginia Eastern District Court after not receiving a response.

29. On May 10th 2023 Defendant Spencer Persson communicated to Plaintiff via her e-mail without her consent.

30. Plaintiff has no minimum contacts with Defendant Spencer Persson.

31. It was presumed that Defendant Spencer Persson was hired by the Board of Directors of Sequoia Benefits and Insurance Services LLC.

32. Pursuant to Rule 1.13 of the State Bar Defendant Spencer Persson can only act through Sequoia Benefits and Insurance Services LLC authorized directors, officers, employees, members, shareholders, … by means of employment or retainment.

33. The record does not reflect Defendant Spencer Persson minutes meeting with the Board of Directors for Defendant Sequoia Benefits and Insurance Services LLC for employment or retainment.

34. Plaintiff spent her time responding to Defendant Spencer Persson.

35. On May 11th, 2023 Defendant Spencer Persson solicited legal advice to Plaintiff through her email without her consent.

4

36. Pursuant to Rule 7.3(b)(2) of the State Bar "A lawyer shall not solicit professional employment by… electronic communication… even when not otherwise prohibited by paragraph (a), if: (2) the solicitation is transmitted in any manner which involves intrusion, coercion, duress or harassment."

37. On May 18th Defendant Spencer Persson made a legal determination that plaintiff complaint was frivolous.

38. The record does not reflect Defendant Spencer Persson delegation of authority to act for Virginia Eastern District Court to make any legal determinations.

39. In August of 2023 Plaintiff lawsuit was dismissed for failure to prosecute as Plaintiff was not receiving the court responses.

### COUNT 1: Invasion Of Privacy- Fourth Amendment

40. Plaintiff realleges and restates the forgoing jurisdiction and factual allegations.

41. Plaintiff's right to security in "persons, houses, papers and effects against unreasonable seizure" is protected by Article the Fourth of the Bill of Rights to the constitution of the United States of America, 1791.

42. Defendants Greg Golub and Sequoia Benefits and Insurance Services LLC violated Plaintiff by invading Plaintiff's constitutionally protected right of the Fourth Amendment to be secure from seizure by **causing her effects to be disclosed** to an unauthorized third party through a Data Breach.

43. Pursuant to Article 1 section 12 of the Florida Constitution "The right of the people to be secure in their persons, house, papers, and effects against reasonable searches and seizures, and against unreasonable interception of private communications **by any means** shall not be violated…"

44. Defendant Spencer Persson violated Plaintiff by unreasonable interception of private communication through intrusion, coercion and harassment.

45. Without prior consent of Plaintiff to communicate to her, Defendant Spencer Persson unreasonable communication against Plaintiff intrudes on private affairs and effects such as her time, therefore resulting in harrassment.

46. On May 11th 2023 Defendant Spencer Persson sent Plaintiff an e-mail stating " … there is a class action pending in the Northern District where a group of lawyers purport to represent a class of individuals **that would include you**…"

47. Plaintiff could not be included in a class action without her consent.

48. Defendant Spencer Persson engages in coercion and states " …**it would be much better** if you spoke with those attorneys who are purporting to act on your behalf…"

49. Defendant Spencer Persson continues to engage in coercion and states "**I suggest** that we stipulate to extend the period for Sequoia to respond to your complaint by 30 days **while you have an opportunity to consult with those attorneys**…"

50. The record does not reflect Plaintiff authorizing or consenting any lawyer to act on her behalf.

51. Plaintiff is damaged by Defendants actions is an infliction of emotional distress, interference with her peaceful right to life, liberty and pursuant to happiness.

Wherefore Plaintiff moves this court to enter an order for money damages against Defendants jointly and severally together with such further relief as the court may deem equitable and just under the circumstances.

## COUNT 2: Fair Credit Reporting Act

52. Plaintiff realleges and restates the forgoing jurisdiction and factual allegations.

53. Defendants Greg Golub and Sequoia Benefits and Insurance Services LLC has a duty to "adopt reasonable procedures for…consumer credit, …insurance, and other information in a manner which is fair and equitable to the consumer, with regard to the confidentiality… and proper utilization of such information in accordance with the requirements of this subchapter." [15 U.S.C § 1681(b)].

54. In January of 2023 Defendants Greg Golub and Sequoia Benefits and Insurance Services LLC sent confirmation of their Data Breach in letter titled "Notice of Data Breach"

55. Defendants Greg Golub and Sequoia Benefits and Insurance Services LLC caused Plaintiff personal characteristics, credit capacity, and mode of living to be disclosed to an unauthorized third party.

6

56. There was no permissible purpose provided in the disclosure of Plaintiff personal information to the unauthorized third party.

57. Defendants are permitted to furnish information "In accordance with the written instructions of the consumer to whom it relates."

58. Defendants Greg Golub and Sequoia Benefits and Insurance Services LLC violated 15 U.S.C § 1681b(a)(2) because they failed to get Plaintiff written instructions before furinsining her private information.

59. Defendants Greg Golub and Sequoia Benefits and Insurance Services LLC has a duty " … **to avoid** violations of section 1681c of this title and to limit the furnishing of consumer reports to the purposes listed under section 1681b of this title…"

60. Section 1681c-1 is for Identity theft **prevention**.

61. Defendants Greg Golub and Sequoia Benefits and Insurance Services LLC offered three years of **identity protection** services through Experian to Plaintiff.

62. Defendants Greg Golub and Sequoia Benefits and Insurance Services LLC failed to " …maintain reasonable procedures designed to avoid violations of section 1681c of this title…" [15 U.S.C § 1681e(b)].

63. Plaintiff is damaged by Defendants actions is an infliction of emotional distress, interference with her peaceful right to life, liberty and pursuant to happiness.

Wherefore Plaintiff moves this court to enter an order for money damages against Defendants jointly and severally together with such further relief as the court may deem equitable and just under the circumstances.

### COUNT 3: Deprivation of Rights

64. Plaintiff realleges and restates the forgoing jurisdiction and factual allegations.

65. Defendants conduct, under color of law of statute and custom, have subjected Plaintiff to deprivation of her life, liberty and happiness.

66. Plaintiff is damaged by Defendants actions is an infliction of emotional distress, interference with her peaceful right to life, liberty and pursuant to happiness.

7

Wherefore Plaintiff moves this court to enter an order for money damages against Defendants jointly and severally together with such further relief as the court may deem equitable and just under the circumstances.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff seeks redress for grievances in which this Court can grant relief:

67. Plaintiff ask this Court pursuant to its authority to adopt the doctrine of respondeat superior and hold accountable the CEO, Greg Golub for his role in creating a workplace environment that arbitrarily caused the disclosure of Plaintiff personal information absent of any legal or lawful authority.

68. Plaintiff demands judgment in the amount of $975,000 from Defendants Greg Golub and Sequoia Benefits and Insurance Services LLC for willful and neglect noncompliance pursuant to 15 U.S.C § 1681n, 1681o, incurred fees, emotional distress, and deprivation of rights.

69. Plaintiff demands judgment for punitive damages from Defendants Greg Golub and Sequoia Benefits and Insurance Services LLC pursuant to 15 U.S.C § 1681n(a)(2).

70. Plaintiff demands judgment in the amount of $350,000 from Defendant Spencer Persson for communicating without consent, solicited legal advice in the form of intrusion, harassment, and coercion and unlawful taking of property (time) without just compensation.

UNDER THE LAWS OF GOD, I affirm that the facts alleged in the foregoing are true and correct and correct according to my own personal knowledge. [Cf. 28 U.S.C § 1746(1)] Executed by Justice Smith, March ___1___ , 2024

Justice Smith
justicemays97@gmail.com
867 W BLOOMINGDALE AVE #6933
BRANDON, FL 33508

8

## CERTIFICATE OF SERVICE

Sequoia Benefits and Insurance Services LLC
*Defendant*
1850 Gateway Drive Suite 700
San Mateo, CA 94404

Greg Golub
*Defendant*
1850 Gateway Drive Suite 700
San Mateo, CA 94404

Spencer Persson
spencerpersson@dwt.com
*Defendant*
865 S FIGUEROA STREET, SUITE 2400
LOS ANGELES, CA 90017

I certify that this complaint has been sent USPS on this day ___March 1, 2024___

Justice Smith
justicemays97@gmail.com
867 W BLOOMINGDALE AVE #6933
BRANDON, FL 33508

9

Return Mail Processing
PO Box 999
Suwanee, GA 30024

December 7, 2022



452 1 103868 ***\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 334
JUSTICE SMITH
PO BOX 4123
DEERFIELD BEACH, FL 33442-4123

Re: Notice of Data Breach

Dear Justice Smith

Sequoia Benefits & Insurance Services LLC ("Company") recently became aware that an unauthorized party may have accessed a cloud storage system that contained personal information provided in connection with the Company's services to its clients, including your employer

**What Happened?** As soon as the Company became aware of the situation, a response plan was initiated and a number of immediate actions were completed, including working with outside counsel to initiate a forensic review by Dell Secureworks, a leading global security firm. That forensic review is now complete, which resulted in the following findings:

- No placement of malicious tools or other software such as ransomware was found.
- No evidence of any threat to client or Company networks was found
- No evidence of compromise of Company endpoints was found.
- No evidence of data being used or distributed has been found to date.
- No evidence of continuing unauthorized activity in Company systems was found.
- Unauthorized access of information in a cloud storage system occurred between September 22 and October 6, 2022.
- The access was "read only," and there is no evidence that the unauthorized party changed any client data.

Further, based on internal investigation, there have been no instances of service interruption for any client or individuals from this situation. Even though the forensic review found no evidence that the unauthorized party misused or distributed data, the Company is notifying clients and individuals and offering three years of identity protection services through Experian to impacted individuals.

**How did Company Respond?** As soon as the Company became aware that an unauthorized party may have accessed a cloud storage system, the Company initiated a response plan and completed a number of actions, including, retaining outside counsel to assist in investigating this matter, activating through counsel Dell Secureworks to conduct a thorough forensic review, and engaging through counsel a separate global consulting firm with cybersecurity expertise to serve as technical advisors to counsel to supplement the security review.

**What Information Was Potentially Involved?** The unauthorized party may have been able to access some of your personal information, including demographic information such as your name, address, date of birth, gender, marital status, and employment status, social security number, work email address, member IDs, wage data for benefits, attachments you may have provided for advocate services (if any), and ID cards and any COVID test results, or vaccine card that you may have uploaded.

CONSUMER ADMINISTRTIVE ENFORCEMENT

January 17, 2023

Justice Smith
P.O. BOX 4123
DEERFIELD BEACH FL, 33442

Sequoia Benefits &
Insurance Services, LLC
1850 Gateway Dr Ste 700
San Mateo, CA, 94404

## NOTICE OF INVASION OF PRIVACY

To Legal Department:

I recently received a letter from you dated December 7, 2022 concerning a data breach of my nonpublic personal identifying information being obtained by a nonaffiliated third party. The unauthorized access "occurred between September 22, 2022 and October 6, 2022", in which I received notice on December 14, 2022 from my employer.

Congress has declared that as a financial institution (defined pursuant to 15 USC 6809(3)(a)) you have an affirmative and continuing obligation to respect my privacy and to protect the security and confidentially of my nonpublic personal identifying information.

You have violated my right to privacy and now that you allowed my nonpublic personal identifying information to be "access" by the "unauthorized party" this has caused substantial harm.

You have failed to disclose in any form your policies and practices with respect to disclosing my nonpublic personal information to this nonaffiliated third party. I have not received any documentary evidence stating general information to opt out disclosing my nonpublic personal identifying information to the "unauthorized party".

This has been an inconvenience for me, my confidentiality, security, and privacy has been compromised due to your negligence. There is now a threat or potential threat from the nonaffiliated third party and you have failed to establish an appropriate administrative, technical, and physical safeguard because if you did I would not be in receipt of your detailed letter about "access" to my nonpublic personal information from the nonaffiliated third party.

Your unfair business practice has cause substantial harm and consumer harm. I am demanding to be remedied for this situation or I will file a complaint with the Federal Trade Commission,

Florida Attorney General Consumer Division, Florida Office Of Insurance Regulation or seek litigation for equitable relief.

Remedy demand:

    1.) 10 years of credit protection for all consumer reporting agencies
    2.) $50,000 for substantial harm
    3.) $50,000 for consumer harm

You are authorized to communicate with me via email in regard to this specific situation, you have 30 days from receipt to respond to this matter.

Justice Smith (consumer)
Justicemays97@gmail.com
January 17, 2023

2

CONSUMER ENFORCEMENT 15 USC 1681n & 15 USC 1681o

March 22, 2023

Justice Smith
P.O. BOX 4123
DEERFIELD BEACH FL 33442

SEQUOIA BENEFITS &
INSURANCE SERVICES, LLC
GREG GOLUB "D.B.A. CEO"
1850 GATEWAY DR STE 700
SAN MATEO, CA 94404

## NOTICE OF LIABILITY

On January 17, 2023 (evidenced in Exhibit B) I have sent you "notice of invasion of privacy" letter regarding your recent data breach that "occurred between September 22, 2022 and October 6, 2022". In this notice I expressed that you have violated my right to privacy pursuant to the Gramm-Leach-Bliley Act.

You were given 30 days to respond to my remedy demand, time has allotted as it is now March 22, 2023. I hope you know that your nonresponse is deemed as acquiescence, you have not responded and your continued silence is admitting your noncompliance and negligence towards the violation of my right to privacy and confidentiality of my file that was disclosed to the nonaffiliated third party.

As a person who regularly engages, in whole or in part of assembling my consumer file and uses any means or facility of interstate commerce for the purpose of preparing my consumer file or furnishing it to HR department for benefits administration or other HR purposes, you are required by federal law 15 USC 1681(a)(3)(4) to exercise your grave responsibility to respect my right to privacy.

You are also required by federal law 1681(b) to adopt reasonable procedures for meeting the needs of commerce for consumer personnel, insurance, and other information with regard to my confidentiality, and proper utilization of such information, you have failed to do all of the above. You are not only civilly liable pursuant to 15 USC 1681n and 15 USC 1681o, but you are criminally liable pursuant to 15 USC 6823 of the Gramm-Leach-Bliley Act and 15 USC 1681r of the Fair Credit Reporting Act for causing my consumer file to be disclosed to a nonaffiliated third party.

1

I am demanding that you adhere to all mentioned federal laws and remedy this matter within 10 days of receipt or I will seek immediate litigation to declare my rights and obtain punitive damages for your willful noncompliance and negligence.

You are allowed to communicate with me through email only for the purpose to settle this matter.

Justice Smith (consumer)
Justicemays97@gmail.com
March 22 , 2023

CC: Federal Trade Commission
600 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20580

**This Notice Of Liability shall be submitted as a complaint along with Affidavit of fact and Statement of damages to the Federal Trade Commission.**

Enclosed:

Notice of invasion of privacy dated January 17, 2023
Affidavit of fact
Statement of damages
Exhibit A- Sequoia notice of data breach dated December 7, 2022
Exhibit B- Return receipt tracking 70223330000020730017

CONSUMER ENFORCEMENT 15 USC 1681n & 15 USC 1681o

March 22 ,2023

Justice Smith
P.O. BOX 4123
DEERFIELD BEACH FL 33442

SEQUOIA BENEFITS &
INSURANCE SERVICES, LLC
GREG GOLUB "D.B.A. CEO"
1850 GATEWAY DR STE 700
SAN MATEO, CA 94404

**AFFIDAVIT OF FACT**

I Justice Smith am of the age of maturity to make this affidavit with facts.

I Justice Smith am mentally competent to make this affidavit of fact.

I Justice Smith have prima facie knowledge in this affidavit.

This sworn affidavit is made under penalty of perjury and must be responded to by a sworn counter affidavit or it will stand as an undisputed fact as a matter of law.

1. Fact, Justice Smith is the consumer as defined 15 USC 1681a(c).

2. Fact, SEQUOIA BENEFITS & INSURANCE SERVICES, LLC is a person as defined 15 USC 1681a(b).

3. Fact, the term file mean when used in connection with information on any consumer means all of the information on that consumer recorded and retained by a consumer reporting agency regardless of how the information is stored.

4. Fact, SEQUOIA BENEFITS & INSURANCE SERVICES, LLC is a person who for monetary fees, or dues regularly engages in whole or in part of assembling Justice Smith consumer file and uses means or facility of interstate commerce for the purpose of preparing Justice Smith consumer file or furnishing it to HR department for benefits administration or other HR purposes.

5. Fact, SEQUOIA BENEFITS & INSURANCE SERVICES, LLC is required to exercise their grave responsibility to respect Justice Smith right to privacy.

1

6. Fact. SEQUOIA BENEFITS & INSURANCE SERVICES, LLC is required to adopt reasonable procedures for meeting the needs of commerce for personnel, insurance, and other information with regard to Justice Smith confidentiality, and proper utilization of such information.

7. Fact, In January of 2023 I received a letter from regarding disclosure of my private and confidential information to a nonaffiliated third party.

8. Fact, in this notice of data breach SEQUOIA BENEFITS & INSURANCE SERVICES, LLC stated the "unauthorized access of information in a cloud storage system occurred between September 22 and October 6, 2022."

9. Fact. SEQUOIA BENEFITS & INSURANCE SERVICES, LLC also stated "the access was read only".

10. Fact, On January 17, 2023 I sent SEQUOIA BENEFITS & INSURANCE SERVICES, LLC a letter titled "NOTICE OF INVASION OF PRIVACY".

11. Fact, SEQUOIA BENEFITS & INSURANCE SERVICES, LLC was given 30 days to respond and remedy this matter, they never responded to my notice or remedy demand but I have received a notification evidenced in Exhibit B that this letter was received and signed for.

12. Fact, SEQUOIA BENEFITS & INSURANCE SERVICES, LLC have caused my private confidential information to be disclosed to the non-affiliated third party because if they didn't I would not be in receipt of "NOTICE OF DATA BREACH" which details the disclosure of my file through a cloud storage system.

13. Fact, SEQUOIA BENEFITS & INSURANCE SERVICES, LLC have violated 15 USC 1681(a)(3)(4) by failing to exercise their grave responsibility to respect my right to privacy.

14. Fact, SEQUOIA BENEFITS & INSURANCE SERVICES, LLC have violated 15 USC 1681(b) by failing to adopt reasonable procedures and failing to meet the needs of interstate commerce for information in their possession with regard to my confidentiality, and proper utilization of such information.

15. Fact, SEQUOIA BENEFITS & INSURANCE SERVICES, LLC have violated my consumer rights and is civilly liable for consumer injury, irreparable injury, emotional distress, invasion of privacy and confidentiality pursuant to 15 USC 1681n and 15 USC 1681o.

16. Fact, SEQUOIA BENEFITS & INSURANCE SERVICES, LLC is criminally liable for causing my consumer file to be disclosed to a nonaffiliated third party with "read only" access through a cloud storage system pursuant to 15 USC 6823 and 15 USC 1681r, this act committed is considered aggravated identity theft 18 USC 1028A(c)(8).

2

Pursuant to 28 USC 1746 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on *March 22, 2023* by Justice Smith _Justice Smith_ .

CC: Federal Trade Commission
600 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20580

**This Affidavit of fact shall be submitted as a complaint along with Notice Of Liability and Statement of damages to the Federal Trade Commission.**

3

CONSUMER ENFORCEMENT 15 USC 1681n & 15 USC 1681o

March 22 ,2023

Justice Smith
P.O. BOX 4123
DEERFIELD BEACH FL 33442


SEQUOIA BENEFITS &
INSURANCE SERVICES, LLC
GREG GOLUB "D.B.A. CEO"
1850 GATEWAY DR STE 700
SAN MATEO, CA 94404

STATEMENT OF DAMAGES #303

| NOTES | FEES |
|---|---|
| Violation of consumer rights: consumer injury, irreparable injury, emotional distress, invasion of privacy, invasion of confidentiality, unfair business practices, aggravated identity theft 18 USC 1028A(c)(8), caused to be disclosed consumer file. | $350,000 |
| TOTAL | $350,000 |

You are allowed to communicate with me by email only for the purpose to settle this matter with monetary relief, settlement due within 10 days of receipt of this letter. After 10 days you will be in default, there will be a penalty fee of $2,500 per day and you agree to these terms.

Justice Smith (consumer)
Justicemays97@gmail.com
P.O. BOX 4123
DEERFIELD BEACH FL, 33442


CC: Federal Trade Commission
600 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20580

**This Statement of damages shall be submitted as a complaint along with Notice Of Liability and Affidavit of fact to the Federal Trade Commission.**

1

4/7/23, 3:32 PM

## Complaint has been submitted

From:    no-reply@consumersentinel.gov

To:      justicemays97@gmail.com

Date:    Wednesday, April 5, 2023 at 12:17 PM EDT

Your report has been submitted to the Federal Trade Commission.

**Report Number: 158332341**

Thank you for helping our work to protect consumers.

Learn about common scams and how to recover from them at ftc.gov/scams.
To file a report online, go to **ReportFraud.ftc.gov**.

**FTC Next Steps**

- We use reports to investigate and bring cases against fraud, scams, and bad business practices, but we can't resolve reports on behalf of individuals.
- We will share your report with our law enforcement partners.
- We use reports to spot trends, educate the public, and provide data about what is happening in your community. You can check out what is going on in your state or metro area by visiting **ftc.gov/exploredata**.

When we bring cases, we try to get money back for people. Check out **ftc.gov/refunds** to see recent FTC cases that resulted in refunds.

**Additional Information**

Help From Other Agencies

December 13, 2023

SMITH VS SEQUOIA BENEFITS AND INSURANCE SERVICES LLC

Case Number:

## STATEMENT OF DAMAGES

| NOTES | FEES |
|---|---|
| Sequoia Benefits and Insurance Services LLC and Greg Golub Deprivation of rights: 15 USC 1681n, 15 USC 1681o, invasion of privacy & confidentiality, caused to disclose private information, emotional distress. | $350,000 |

| NOTES | FEES |
|---|---|
| Sequoia Benefits and Insurance Services LLC and Greg Golub incurred penalty fees between April 6, 2023 - December 12, 2023 from Statement of Damages #303. | $625,000 |

| NOTES | FEES |
|---|---|
| Spencer Persson unlawfully took property (time), communicated without consent, solicited legal advice in the form of intrusion, harassment, and coercion. Deprivation of rights. | $350,000 |

Justice Smith
justicemays97@gmail.com
867 W BLOOMINGDALE AVE 6933
BRANDON, FL 33508

1