UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTICE SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>SEQUOIA BENEFITS AND INSURANCE SERVICES LLC, *et al.*,<br><br>    Defendants. | Case No. 24-cv-01363-SI<br>To be filed in 22-cv-08217-RFL<br><br>**ORDER OF REFERRAL FOR RELATED CASE DETERMINATION** |

On March 18, 2024, this case was reassigned to the undersigned judge. The complaint alleges that in January 2023, Smith received a letter from Sequoia Benefits and Insurance Services LLC informing her that her private information may have been exposed during a data breach on Sequoia's cloud system. The complaint alleges claims arising out of that data breach. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter for a determination of whether this case is related to *In re: Sequoia Benefits and Insurance Data Breach Litigation*, Case No. 3:22-cv-08217-RFL.

**IT IS SO ORDERED**.

Dated: March 19, 2024

_____
SUSAN ILLSTON
United States District Judge