UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTICE SMITH,<br><br>            Plaintiff,<br><br>      v.<br><br>SEQUOIA BENEFITS AND INSURANCE SERVICES LLC, et al.,<br><br>            Defendants. | Case No. 24-cv-01363-SI<br><br>**JUDGMENT** |

The Court has dismissed the complaint with prejudice. Judgment is hereby entered against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: April 18, 2024

_____
SUSAN ILLSTON
United States District Judge